## STATE OF CONNECTICUT *v.* PAUL CURRY
### (AC 23516)

Foti, Dranginis and Hennessy, Js.

Argued September 11—officially released November 4, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RAMON LOPEZ
### (AC 23342)

Bishop, West and McLachlan, Js.

Argued September 16—officially released November 4, 2003

Per Curiam. The judgment is affirmed.

## BRIDGEPORT POST OFFICE FEDERAL CREDIT UNION *v.* CHARLES F. LUGOVICH
### (AC 22898)

Lavery, C. J., and DiPentima and Mihalakos, Js.

Argued September 22—officially released November 4, 2003

Per Curiam. The judgment is affirmed.